IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| OLIVER JAMES SPARKS,           Petitioner, | § § § | |
| v. | § § | Civil Action No. 4:21-CV-853-O |
| BOBBY LUMPKIN, Director, TDCJ-ID,           Respondent. | § § § | |

### ORDER OF DISMISSAL

On July 14, 2021, the clerk of Court received for filing petitioner Oliver James Spark's petition for a writ of habeas corpus (ECF no. 1) under 28 U.S.C. § 2254. On the same date, the undersigned issued an Order and Notice of Deficiency (ECF No. 4) notifying Petitioner of the following deficiency:

( **X** )   The $5.00 filing fee for habeas petitions has not been paid nor have an application to proceed *in forma pauperis* and certificate of inmate trust account, or institutional equivalent, executed by an authorized officer of the institution reflecting the amount of funds in Petitioner's inmate account been submitted.

Petitioner was ordered to cure the deficiency by either submitting the $5.00 filing fee or by completing and returning the form Application to Proceed In Forma Pauperis accompanied by the Certificate of Inmate Trust Account, or institutional equivalent, to the clerk of Court within 30 days. The relevant forms were provided to Petitioner with the order and he was informed that failure to timely comply with the order would result in dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) without further notice. *Id.* As of this date, Petitioner has failed to cure the deficiency or move for an extension of time to do so.

For the reasons discussed, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice for lack of prosecution. Further, for the reasons

discussed herein, a certificate of appealability is DENIED.

**SO ORDERED** on this 14th day of September, 2021.

*[signature: Reed O'Connor]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE