IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| OLIVER JAMES SPARKS,<br>　　　Petitioner,<br><br>VS.<br><br>BOBBY LUMPKIN, Director, TDCJ-CID,<br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-CV-853-O |

## **FINAL JUDGMENT**

In accordance with its order of dismissal signed this day, the Court **DISMISSES** the petition of Oliver James Sparks pursuant to 28 U.S.C. § 2254 in the above-captioned action for lack of prosecution.

**SO ORDERED** on this 14th day of September, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE